UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CASE NO. 4:22-cr-372 |
| CALEB JORDAN MCCRELESS, and CHRISTOPHER LUKE MCGINNIS | § § § | |

## ORDER

Caleb Jordan McCreless' unopposed motion to amend scheduling order and declaration of complex litigation is:

✓ GRANTED  Counsel will submit an agreed scheduling order by November 4, 2022

____ DENIED

Signed on October 26, 2022.

_____
Sim Lake
Senior United States District Judge